No. 04–5478. BROWN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–5479. SANTIAGO v. HINSLEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04–5480. RUBEN v. PHOENIX POLICE DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–5482. GRIEGO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–5483. GERONIMO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–5484. GONZALEZ-CLEMENTE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–5486. HALL v. LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5487. HOPSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–5489. FERMIN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–5490. HUDGENS v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Certiorari denied.

No. 04–5491. BLOOME v. DEPARTMENT OF THE TREASURY ET AL. C. A. 2d Cir. Certiorari denied.